**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Anthony Laquan OLIVER, a.k.a.**
**Ant, Defendant–Appellant.**

**No. 09–16128**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

May 13, 2010.

Jonathan Wesley Dingus, Panama City, FL, for Defendant–Appellant.

J. Ryan Love, Panama City, FL, E. Bryan Wilson, Tallahassee, FL, for Plaintiff–Appellee.

Before BARKETT, HULL and HILL, Circuit Judges.

PER CURIAM:

Jonathan Dingus, appointed counsel for Anthony Laquan Oliver, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's

---

859

motion to withdraw is **GRANTED**, and Oliver's conviction and sentence are **AFFIRMED**.